PER CURIAM.
Affirmed. Breedlove v. State, 413 So.2d 1 (Fla.), cert. denied, - U.S. -, 103 S.Ct. 184, 74 L.Ed.2d 149 (1982); see also James v. State, 334 So.2d 83 (Fla. 3d DCA 1976); Zamot v. State, 375 So.2d 881 (Fla. 3d DCA 1979); Rose v. State, 425 So.2d 521 (Fla.1982); Sireci v. State, 399 So.2d 964 (Fla.1981), cert. denied, 456 U.S. 984, 102 S.Ct. 2257, 72 L.Ed.2d 862 (1982); Forehand v. State, 126 Fla. 464, 171 So. 241, 243 (1936); Lecoin v. State, 418 So.2d 336 (Fla. 3d DCA 1982).